IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AUSTIN G. SMITH,

   Petitioner,

    v.

STATE OF GEORGIA,

   Respondent.

CIVIL ACTION FILE
NO. 1:14-CV-3515-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending granting the Petitioner's habeas corpus Petition. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petition is GRANTED. The Respondent is directed to enter an appropriate Order vacating the Petitioner's conviction. The Petitioner's Motions for Default Judgment [Doc. 8 & 12] are DENIED. The Motion for Bond and Motion to Stay [Doc. 15] are DENIED as moot as the Petitioner has been released.

T:\ORDERS\14\Smith\14cv3515\r&r.wpd

SO ORDERED, this 18 day of August, 2015.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge